UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYVON L. BOATMAN,

    Plaintiff,

v.                                                  Case No.:   2:18-cv-418-FtM-38MRM

DONALD SAWYER, REBECCA JACKSON, M. JOHNSON, JOHN DOE HERNANDEZ, JANE DOE MORRIS, GEO GROUP, INC. DIRECTORS, CORRECT CARE RECOVERY SOLUTIONS DIRECTORS, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICE, THE FLORIDA CIVIL COMMITMENT CENTER DIRECTORS, MALINDA MASTERS, JORGE DOMENICI, WILLIAM H. JAYNES, DALE W. FRICK, LAURA K. LEONARD, DOROTHY RIDDLE and SARAH SENTER,

    Defendants.
_____/

## OPINION AND ORDER[1]

Before the Court is Plaintiff Rayvon Boatman's Motion for Miscellaneous Relief Specifically for an Order (Doc. 46) and Plaintiff's Motion for Extension of Time to Amend. (Doc. 47).  No response in opposition was filed.

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Plaintiff moves the Court for clarification of the Court's Order dismissing his Amended Complaint (Doc. 40) and requests an extension of time to amend. Plaintiff's Motion is not a model of clarity, its pieced together from several previous motions, and consists of repeated allegations from his Amended Complaint. The case was dismissed so no extension of time may be granted. As to the request for clarification, the Court found Plaintiff's Amended Complaint (Doc. 26) to be a shotgun pleading that failed to state a claim upon which relief could be granted. The Court gave Plaintiff leave to amend and bring only a claim for retaliation, but he failed to do so within the Court's deadline. Plaintiff's case was therefore, dismissed under M.D. Fla. R. 3.10(a) for failure to prosecute. (Doc. 44). Even so, Plaintiff's Amended Complaint was dismissed without prejudice so Plaintiff can pursue his claims by filing a new case.

As for Plaintiff's Motion for an Extension of Time to Amend, (Doc. 47) this case was dismissed (Doc. 44) and judgment was entered. (Doc. 45). Because this case has been dismissed no relief shall be granted.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Rayvon Boatman's Motion for Miscellaneous Relief Specifically for an Order is **GRANTED in part and DENIED in part**.

    a. Plaintiff's Motion for Clarification (Doc. 46) is **GRANTED** as detailed above.

    b. Plaintiff's Motion for Extension of Time (Doc. 46) is **DENIED**.

2. Plaintiff's Motion for an Extension of Time to Amend (Doc. 47) is **DENIED** and **STRICKEN**. The Clerk of Court shall remove the Motion and return the filing along with a copy of this Order to Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of June 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:  FTMP-2
Copies:  All Parties of Record